Thank you. Okay. Can we call our last matter, please. We have related appeals in Ray Hayden and in Ray Western steel. Joel Swartz is appearing for Western steel and William cash in. Apple ease. Okay, let me take a moment to make sure we have the context. Correct? This matter. This is an appeal by I don't know if it's Dr. Hayden or Mr. Hayden of the three different matters that the clerk just recited. We have briefing from both parties, but I believe we were informed today that Mr. Hayden or Dr. Hayden was unavailable for argument. Appley had indicated earlier that they would be willing to submit the matter and thought it might be appropriate to submit the matter solely on the papers. We responded to that with an order that made oral argument optional. So either party could decide to come and argue or they could decide to let us take it on the papers from their position. In effect, that seems to be what Mr. Hayden Dr. Hayden has done. He I understand he is not available today. So that's his choice. Mr. Schwartz is here and having taken the time to come and attend. I think it's entirely appropriate that we hear from him. And I think we will from Mr. Hayden or Dr. Hayden's perspective. We will take the matter on the papers that he has submitted and we're delighted to hear now from Mr. Schwartz. Thank you, Your Honors. May it please the court. Joel Schwartz on behalf of the Appley's Western Steel. Look on the bright side. You don't have to reserve any rebuttal time. Right. Exactly. Joel Schwartz on behalf of Appley's Western Steel, Inc. and Alabama Corporation and William B. Cashion. And I will note that I did state on the record and Alabama Corporation, because I think it is important to the extent that it was not perceived from the briefing that there is a additional entity, Western Steel. I think I think it was perceived. Okay. Okay. And so I wanted to make sure I was clear on the record, in part, because I have to admit that Mr. Hayden. Dr. Hayden has over the years made accusations about me representing his champ entity. And I just want to make sure I was clear about that on the record. Your honors, I don't want to take up a whole lot of your time, because, as I indicated in my motion seeking to vacate the oral argument. This is an entirely frivolous set of appeals stemming from solely Dr. Hayden's attempt to appeal. Orders by district court Judge Barnes denying what were utterly baseless motions to recuse Judge Breaker. And I think Judge Barnes did an excellent job in her memorandum decisions in these matters, laying out what the legal basis and necessary evidentiary basis for a proper motion to recuse a judge would be. I think she correctly noted that despite giving Mr. Hayden multiple opportunities in the hearings on those motions to present any evidence to support wildly accusatory statements. Regarding Judge Breaker's supposed extra judicial bias against Dr. Hayden, he not only attempted to distance himself from what he had actually said in his moving papers, but he presented no evidence whatsoever because it is a pure fiction. The standard of review on the appeal is, of course, abuse of discretion, and Dr. Hayden has done nothing in his moving papers to establish or in his briefs in this matter to establish that there was an abuse of discretion by Judge Barnes. I would note procedurally Judge Barnes did not have to be the one to hear those and decide upon those motions, but the court was extra careful in the way that it handled this, and I think that that's commendable. And at the end of the day, what we see is Dr. Hayden attempting to air a number of grievances with adverse rulings and proceedings that were ultimately quite frivolous proceedings all around. But he didn't appeal any of those decisions. He's just attempted to bootstrap an appeal of the order denying recusal and use that as an opportunity to re-argue those issues. In his opposition to my motion seeking to just submit this on the briefs, Dr. Hayden goes into a number of things that were obviously not before Judge Barnes when she heard the motions to recuse, but that are not before any bankruptcy court or not presently before any court. And so I don't think that that is lost on the court. I just wanted to appear in an abundance of caution, anticipating that Mr. Hayden might appear and do what he customarily does, which is make arguments that have absolutely nothing to do with the very limited issues that are actually before the court in which he is proceeding. And with that, I will gladly submit on my briefs as well. And to the extent the court might have any questions for me, I'm glad to answer them. Okay. Thank you very much. Anybody have any questions for Mr. Schwartz? No, no questions. I do not. I do not either. Thank you very much. And thank you for the courtesy of appearing today. I appreciate it. Of course. Thank you, Your Honors. We appreciate it. Okay. The matter is submitted and we'll get you a written decision as soon as we can. Thank you. And with that, I believe we've concluded the calendar. Yes, Your Honor. We are in recess. You're in recess. Okay. Can we go back into the roving room for just a moment? Thank you.
judges: Lafferty, Brand, and Corbit